## EL PUEBLO, APELADO, *v.* SANDERS, APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª.

No. 528.—Resuelto en febrero 5, 1913.

DERECHO PENAL—ALTERACIÓN DE LA PAZ—PRUEBA CONTRADICTORIA.—En casos de prueba contradictoria, no constando que el apelante tomara excepción a ninguna resolución de la corte inferior durante el juicio, ni existiendo motivo para contradecir la apreciación de la prueba hecha por el tribunal sentenciador, debe confirmarse la sentencia apelada.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

El apelante no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante, Luis Sanders, fué juzgado en grado de apelación por la Corte de Distrito de San Juan, Sección Segunda, de una denuncia formulada contra él y otras personas más, que les imputa el delito de alterar la paz en riña que sostuvieron y que produjo la alarma en el vecindario. Contra la sentencia que le condenó, interpuso el presente recurso de apelación.

Aparece en la transcripción de los autos una exposición del caso debidamente aprobada por el juez de la corte inferior, pero el apelante no ha presentado ningún alegato ni asistió a la vista de la apelación. Por su parte el Hon. Fiscal de esta corte, tanto en su informe escrito como en el oral solicitó la confirmación de la sentencia.

No consta de la transcripción que tenemos presente, que el apelante tomara excepción a ninguna resolución de la corte inferior durante el juicio, y como la evidencia es contradictoria, habiendo sido resuelto el conflicto de ella por la corte inferior, no tenemos motivo para contradecir la apreciación que hizo de ella.

No habiéndose cometido error alguno que vicie de nulidad la sentencia apelada, debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.